JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEBORA ELIZABETH MUNGUIA,

Petitioner,

v.

WARDEN, Adelanto ICE Processing Center, et al.,

Respondents.

Case No. 5:26-cv-04533-PD

**JUDGMENT**

**A# 246-409-020**

GERSON JARED RODRIGUEZ-MUNGUIA,

Petitioner,

v.

WARDEN, Adelanto ICE Processing Center, et al.,

Respondents.

Case No. 5:26-cv-04534-PD

**JUDGMENT**

**A# 246-409-034**

Pursuant to the Order Granting the related Petitions for Writ of Habeas Corpus and Ordering Release, IT IS ADJUDGED that the Petitions (*Debora Elizabeth Munguia v. Warden Adelanto ICE Processing Center, et al.*, Case No. 5:26-cv-04533-PD; *Gerson Jared Rodriguez-Munguia v. Warden Desert View Facility, Adelanto ICE Processing Center, et al.*, Case No. 5:26-cv-04534-PD) are granted.

The Clerk of the Court is directed to close these cases.

DATED: August 24, 2026

Patricia Donahue
United States Magistrate Judge